```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 24640
   ROBERT EDDINS JR
   LISA EDDINS                                 CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-7630     SSN XXX-XX-2401

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/17/2008 and was not confirmed.

     The case was dismissed without confirmation 10/23/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV UNSECURED         9988.53          .00          .00
CHASE HOME FINANCE LLC   CURRENT MORTG         .00          .00          .00
CHASE HOME FINANCE LLC   SECURED NOT I        .00          .00          .00
JPMORGAN CHASE BANK      SECURED NOT I    15504.53          .00          .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY          .00                        .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       ---------------      ---------------
TOTALS                    .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```